UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA. | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 1:03-cv-1156-WTL-TAB |
| OLASEGUN OJOMO, | ) ) ) | |
| Defendant. | ) | |

**Entry Directing Treatment of Document**

Defendant Ojomo has filed a motion to reopen and reconsider based on his views that his conviction is based on perjured evidence and selective prosecution and that he received ineffective assistance of trial and appellate counsel.

The proper step is to determine the nature of the defendant's motion. In doing so, the court is guided by the rule that "[i] It has long been the law in the Seventh Circuit that "any paper asking for the relief provided by § 2255 ¶ 1 *is* a motion under § 2255, without regard to its caption or other details." *Ellzey v. United States,* 324 F.3d 521, 524 (7th Cir. 2003) (citing cases). "Call it a motion for a new trial, arrest of judgment, mandamus, prohibition, coram nobis . . . the name makes no difference. It is substance that controls." *Melton v. United States,* 359 F.3d 855, 857 (7th Cir. 2004).

The scope of relief available through 28 U.S.C. § 2255 is equally clear: This statute authorizes relief from a federal conviction or sentence "upon the ground that the sentence was imposed in violation of the Constitution or laws of the United States, or that the court was without jurisdiction to impose such sentence, or that the sentence was in excess of the maximum authorized by law, or is otherwise subject to collateral attack."

Based on the foregoing, the defendant's motion to reopen and reconsider is a motion under § 2255.

The first step in these circumstances is a procedural one. The clerk shall **process** the defendant's filing of March 9, 2010, **as a new civil action.** The nature of suit code for the new action is 510, and the cause of action is 28 U.S.C. § 2255. When composing the caption, Ojomo shall be the movant and the United States of America shall be the defendant. The assignment of judicial officers to the new action shall be the same as those assigned to the underlying criminal case.

**IT IS SO ORDERED**.

Date: 04/07/2010

_William T. Lawrence_
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

Gerald A. Coraz
gerald.coraz@usdoj.gov

Olasegun O. Ojomo
Reg. No. 83757
York County Prison
3400 Concord Road
York, PA 17402